UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID WALTERS,

          Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

          Defendant.

CASE NO. C09-5005 FDB

ORDER OF REMAND FOR
FURTHER ADMINISTRATIVE
PROCEEDINGS

The Magistrate Judge recommends that this action seeking social security benefits be remanded to the administration for further consideration. The Commissioner of Social Security has not filed an objection.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REMANDED to the administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 21st day of September, 2009.

                               _____
                               FRANKLIN D. BURGESS
                               UNITED STATES DISTRICT JUDGE