# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID WALTERS,

    PLAINTIFF,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5005FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation

This matter is therefore REMANDED to the administration for further consideration.


September 22, 2009                                                                             BRUCE RIFKIN
                                                                                                                                                                 Clerk

                                                                                                                        /s/  Pat LeFrois

                                                                                                                        Deputy Clerk