UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAVID WALTERS, | CIVIL NO. C09-5005FDB |
| Plaintiff, | ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,605.75 and expenses in the sum of $17.70 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 13th day of October, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

AGREED ORDER RE EAJA FEES   - Page 1
[C09-5005FDB]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ MATHEW PILE
MATHEW PILE, WSB #32245
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email agreement)*

AGREED ORDER RE EAJA FEES  - Page 2
[C09-5005FDB]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276